**Order entered April 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00205-CV**

**IN RE BYRON CURTIS COOK, TRADE RARE, L.L.C., AND JOEL HOCHBERG, Relators**

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04885-2016**

**ORDER**

Before the Court is relators' February 18, 2020 petition for writ of mandamus. We request real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by **May 11, 2020**.

/s/     DAVID L. BRIDGES
JUSTICE